## JOHNSON *v.* THE STATE.

BECK, P. J. 1. The court was authorized to find that the facts upon which the plaintiff in error relied to prove the disqualification of one of the members of the jury impaneled to try the accused were not established.

2. The verdict is authorized by the evidence.

            *Judgment affirmed. All the Justices concur.*

            No. 4062. MARCH 13, 1924.

Murder. Before Judge Fortson. Clarke superior court. November 17, 1923.

*George C. Thomas,* for plaintiff in error.

*George M. Napier, attorney-general, W. O. Dean, solicitor-general,* and *T. R. Gress, assistant attorney-general,* contra.